■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CONSTANCE TENTION, Appellant. [684 NYS2d 895] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Rios, J.), rendered December 23, 1996, convicting her of criminal sale of a controlled substance in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's claim of prosecutorial misconduct during the closing argument was not preserved for appellate review (*see,* CPL 470.05 [2]) and, in any event, does not require reversal. Bracken, J. P., Thompson, Altman and Krausman, JJ., concur.